PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 07/2021)

IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF TEXAS
_____ DIVISION

Joseph Lee Bean #01141587
Plaintiff's Name and ID Number

McConnell Unit
Place of Confinement

United States Courts Southern
District of Texas
FILED

NOV 17 2023

Nathan Ochsner, Clerk of Court

CASE NO. 2:23cv303
(Clerk will assign the number)

v.

The STATE OF TEXAS
Defendant's Name and Address

Major TANNER
3001 S. Emily Dr. Beeville Tx 78102
Defendant's Name and Address

ASST. WARDEN C Flannel
3001 S. Emily Dr. Beeville Tx 78102
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

## FILING FEE AND *IN FORMA PAUPERIS* (IFP)

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $52.00 for a total fee of **$402.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $52.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

## CHANGE OF ADDRESS

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:
  A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓ YES ___ NO
  B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
     1. Approximate date of filing lawsuit: December 2022
     2. Parties to previous lawsuit:
        Plaintiff(s) Joseph Lee Bean
        Defendant(s) The STATE of Texas
     3. Court: (If federal, name the district; if state, name the county.) USDC, Southern, Corpus Christi
     4. Cause number: 2:39 CV 39
     5. Name of judge to whom case was assigned: Mitchel Neurock
     6. Disposition: (Was the case dismissed, appealed, still pending?) dismissed
     7. Approximate date of disposition: April 13, 2023

II. PLACE OF PRESENT CONFINEMENT: McConnell Unit

III. EXHAUSTION OF GRIEVANCE PROCEDURES:
Have you exhausted all steps of the institutional grievance procedure?   ✓ YES   __ NO
Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:
  A. Name and address of plaintiff: Joseph Lee Bean #01141587, 3001 S. Emily Dr., Beeville Texas 78102

  B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

  Defendant #1: Major TANNER Major of Operation McConnell UNIT 3001 S. Emily Dr. Beeville, TX 78102
  Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
  Refusing to have offenders moved will not release offender from segregation / felony

  Defendant #2: ASST. Warden Flannel ASST Warden McConnell Unit 3001 S. Emily Dr. Beeville TX 78102
  Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
  Refusing to have offenders moved will not release offender from ad segregation

  Defendant #3: _____
  Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

  Defendant #4: _____
  Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

  Defendant #5: _____
  Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

3

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

Major Tanner was notified I cannot be housing in DC-42 with a security complaint of housing condition. DC-42 sink water has lead poison (no drinking water) holes in ceiling and walls. Loud vibrating noise from sink. Sparks coming out of plugs. Roaches an mice that are eating and destroying my property. After several month of asking to be transferred and moved to another house no repairs or pest control has resolved complaint. I am still housed with no drinking water an mice that are eating and destroying my property. Other complaints do not have housing for offenders to see, cannot be housed as a pe, and is a falsely imprisonment person

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

8000 Billion dollars to be awarded

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Joseph Lee Bean

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

01141587

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?  ____ YES  ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that imposed sanctions (if federal, give the district and division): _____
   2. Case number: _____
   3. Approximate date sanctions were imposed: _____
   4. Have the sanctions been lifted or otherwise satisfied?   ____ YES  ____ NO

4

C. Has any court ever warned or notified you that sanctions could be imposed?   \_\_\_\_YES  ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division): _____

   2. Case number: _____

   3. Approximate date warning was issued: _____

Executed on: _____
              DATE

_[signature]_
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this \_\_\_\_14\_\_\_\_ day of \_\_\_November\_\_\_, 20 \_23\_.
          (Day)                 (month)        (year)

_[signature]_
(Signature of Plaintiff)

**WARNING:** Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.



Texas Department of Criminal Justice

# STEP 2 OFFENDER GRIEVANCE FORM

Offender Name: Joseph Lee Bean   TDCJ #: 1141587
Unit: McConnell   Housing Assignment: 2DC-42
Unit where incident occurred: McConnell

**OFFICE USE ONLY**
Grievance #: 2023090277
UGI Recd Date: 25 JUL 2023
HQ Recd Date: JUL 27 2023
Date Due: 9·3·23
Grievance Code: 506/598
Investigator ID#: I2664
Extension Date: OCT 13 2023

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).** *I am dissatisfied with the response at Step 1 because...*

The action requested to resolve my complaint was not granted. All repairs was not granted. Sink needs repairs with too much pressure on water buttoms, Loud vibrating noise. Move to general population, settlement, unit transfer, cannot have disciplinary cases written. I did not receive my yearly promotion.

---

I-128 Front (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

Appendix G

_____

_____

_____

_____

_____

**Offender Signature:** _Joseph [signature]_  **Date:** 7-13

**Grievance Response:**

Your complaint has been reviewed. The available evidence supports the conclusion of the Step 1 Investigation. Your complaint was addressed and you were correctly advised at Step 1. No further action is warranted.

H. W. Pederson

OCT 2 4 2023

**Signature Authority:** _[signature]_   **Date:** _____

---

**Returned because:** *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible.*

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments.*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language.

☐ 6. Inappropriate.*

**CGO Staff Signature:** _____

**OFFICE USE ONLY**

**Initial Submission**   CGO Initials: _____
Date UGI Recd: _____
Date CGO Recd: _____
(check one) ___ Screened ___ Improperly Submitted
Comments: _____
Date Returned to Offender: _____

**2nd Submission**   CGO Initials: _____
Date UGI Recd: _____
Date CGO Recd: _____
(check one) ___ Screened ___ Improperly Submitted
Comments: _____
Date Returned to Offender: _____

**3rd Submission**   CGO Initials: _____
Date UGI Recd: _____
Date CGO Recd: _____
(check one) ___ Screened ___ Improperly Submitted
Comments: _____
Date Returned to Offender: _____

I-128 Back (Revised 11-2010)   *Appendix G*

# Texas Department of Criminal Justice

## STEP 1 OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**

Grievance #: 2023042277
Date Received: 04/13/23
Date Due: 5/23/23
Grievance Code: ~~250~~ ~~400~~ 506/598
Investigator ID #: 2925 2684
Extension Date: 7/2/2023
Date Retd to Offender: 10 JUL 2023

Offender Name: Joseph Lee Bean   TDCJ # 1141587
Unit: McConnell   Housing Assignment: 2DC-42
Unit where incident occurred: McConnell

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.
Who did you talk to (name, title)? Magor Tanner / Sgt Sgt. Selvia   When? 4-10-2023
What was their response? I'll see if I can move you / I see if they can use seg for cell 42
What action was taken? None

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

On date above during unit lock-down status a cell inspection was taken, laundry shake down as well. These are complaints from cell Dc-42. Toilet seat has burning sensation, cold air coming out of ceiling, holes in ceiling, holes in walls, electrical plug need cover, sparks come out of hole in socket, water button too much pressure on sink vibrating noise, brown water, sewage water with oder from sink, too many roaches, too many mice, unit is not using pest control, and damages to property from mice and roaches. I have ask repeatedly to be move security has not moved me. Security and offenders can not use my information while housed in these cells under these conditions with complaints.

YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

I-127 Back (Revised 11-2010)

Offender Grievance Operations Manual
Appendix F

**Action Requested to resolve your Complaint.**
Move to another pod. Can not have housing on Any wing on D, Unit transfer, Can not have disciplinary cases written in DC-42, DA-11, AND D-wing. Settlement

**Offender Signature:** Joseph Lee Bean     **Date:** 4-11-2023

**Grievance Response:**

No further action is warranted. Risk Management stated pest control sprayed 12D Pod on 5/23/2023. Each unit has an established pest control treatment schedule for their unit. Normally, the Food Service and Commissary areas are treated at 30-day intervals and the other parts of the unit are treated at 90-day intervals. Requests for pest control treatments due to emergencies or unusual circumstances receive top priority and are treated as soon as possible. In addition, maintenance confirmed that your issues in 12D-42 have been repaired. You are appropriately assigned in 12D-42. No further action warranted by this office.

**Signature Authority:** _____ Asst Warden C. Flannel **Date:** JUL 0 6 2023

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

---

**Returned because:** *Resubmit this form when corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials:_____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |
| **2nd Submission** | UGI Initials:_____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |
| **3rd Submission** | UGI Initials:_____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |

I-127 Back (Revised 11-2010)

Offender Grievance Operations Manual
Appendix F